CITY OF DETROIT *v.* BLADES.

133    249
155    402

MUNICIPAL CORPORATIONS—SALARIES—AUTHORITY OF BOARD OF ESTIMATES.

Under the charter of the city of Detroit, where the board of estimates has stricken an item for the salary of a certain clerk from the estimate for the expenses of a department, the controller cannot be compelled by the council to draw a warrant for the salary of such clerk, though provided to be paid from a fund derived otherwise than from taxation.

*Certiorari* to Wayne; Hosmer, J. Submitted May 13, 1903. (Calendar No. 19,973½.) Decided May 15, 1903.

*Mandamus* by the city of Detroit to compel Francis A. Blades, controller of said city, to draw a warrant on the treasurer. The writ was denied, and relator applies for the writ of *certiorari*. Denied.

*Timothy E. Tarsney*, for relator.

PER CURIAM. The city of Detroit applied to the circuit court for the county of Wayne for a writ of *mandamus* to compel the controller of the city to draw his warrant for the sum of $321.67 in favor of J. H. O'Donoghue

for services as sidewalk assessment clerk in the office of the board of assessors; the controller having declined to draw such warrant, and alleging as reason therefor that the board of estimates of the city had struck out the item for sidewalk assessment clerk from the estimate of expenses for the office of the board of assessors of the city, and he knew of no money which could be legally expended for the services of such clerk. The circuit court denied the writ of *mandamus*, and application is made here for a writ of *certiorari* to review that decision.

The writ must be denied. The case is ruled by *Robinson* v. *City of Detroit*, 107 Mich. 168 (65 N. W. 10), and in the denial of motion to modify the decree in that case so as to permit of salaries being paid from other sources than taxation; and in the case of *City of Detroit* v. *Blades*, heard March 18, 1902, where this question was involved, and the denial of *mandamus* below was affirmed, the following memorandum appearing: "Affirmed. See *Robinson* v. *City of Detroit*, 107 Mich. 168 (65 N. W. 10), and motion subsequently made in same case."